No. 9289.

## LAW ET AL. *v.* KAUFFMAN.

SUPREME COURT.—*Evidence.—Record.*—Where all the evidence is necessary to a proper understanding of the case in the Supreme Court, it must be brought into the record by a bill of exceptions.

SAME.—*Bill of Exceptions.—Leave to File.*—It must appear in the record elsewhere than in the bill of exceptions, that leave was granted to file such bill, and the filing thereof must be shown by the record independently of a recital therein.

From the Warrick Circuit Court.

Jenkins *et al. v.* Rice *et al.*

M. R. *Anthes,* A. C. *Tanner* and W. W. *Ireland,* for appellants.

W. F. *Smith,* for appellee.

ELLIOTT, J.—There can be no adequate comprehension of the questions in this case without an examination of the entire evidence, and that is not before us, and there are, therefore, no questions presented.

The record is a very defective and imperfect one. It does not appear that leave was asked or granted to file a bill of exceptions; nor does it appear that any ever was filed. There is a recital in what purports to be a bill of exceptions of the date of the signing, and this is all the information we have upon the subject. Even if the paper had recited a filing, it would have been insufficient, for that fact must be made to appear in another manner.

The case came into the Warrick Circuit Court on change of venue from the Vanderburgh Superior Court, and there is no statement of what took place in the former court, except what is exhibited in the paper purporting to be a bill of exceptions. The record abruptly begins with this paper and ends with it. Not a single order book entry is elsewhere set out.

Judgment affirmed.